1  **FISHER & PHILLIPS LLP**
   MARK J. RICCIARDI, ESQ.
2  Nevada Bar No. 3141
   ALLISON L. KHEEL, ESQ.
3  Nevada Bar No. 12986
4  300 S. Fourth Street, Suite 1500
   Las Vegas, NV  89101
5  Telephone:  (702) 252-3131
   FAX:  (702) 252-7411
6  mricciardi@fisherphillips.com
7  akheel@fisherphillips.com
   Attorney for Defendant

8

9  **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

| | |
|---|---|
| ALBERT PLUMMER, JR., | Case No.  2:18-cv-02070-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| EDGEWATER GAMING LLC, d/b/a EDGEWATER HOTEL AND CASINO; ROE Business Organizations I-X; and, DOE INDIVIDUALS I-X, Inclusive; | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED that Defendant will have an extension of time up to and including November 28, 2018 to answer or otherwise respond to Plaintiff's First Amended Complaint.  Defense counsel has recently removed

/ / /

/ / /

/ / /

/ / /

/ / /

the action from District Court and needs additional time to review the matter. This is the first request for an extension.

DATED: 30th day of October, 2018.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By: /s/ Allison L. Kheel, Esq. | By: /s/ Victoria Neal, Esq. |
| MARK J. RICCIARDI, ESQ. | JAMES P. KEMP, ESQ. |
| ALLISON L. KHEEL, ESQ. | VICTORIA NEAL, ESQ. |
| 300 S. Fourth Street | 7435 W. Azure Drive |
| Suite 1500 | Suite 110 |
| Las Vegas, NV 89101 | Las Vegas, NV 89130 |
| Attorneys for Defendant | Attorneys for Plaintiff |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: October 31, 2018