JAMES P. KEMP, ESQ.
Nevada Bar No: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Albert Plummer, Jr.*

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DR., SUITE 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

ALBERT PLUMMER, JR.,

Plaintiff,

vs.

EDGEWATER GAMING LLC, d/b/a EDGEWATER HOTEL AND CASINO; ROE Business Organizations I-X; and, DOE INDIVIDUALS I-X, Inclusive,

Defendants.

Case No.: 2:18-cv-02070-JCM-NJK

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Albert Plummer ("Plaintiff") and Defendant, Edgewater Gaming LLC, d/b/a Edgewater Hotel and Casino ("Defendant"), by and through their respective counsel of record, that Plaintiff's Complaint be dismissed with prejudice.

///

///

///

///

Each party to bear their own costs and fees.

Dated this 21st day of March, 2019

KEMP & KEMP

By: [signature]
James P. Kemp, Esq.
Victoria L. Neal, Esq.
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

Attorneys for Plaintiff
Albert Plummer

Dated this 21st day of March, 2019

FISHER & PHILLIPS LLP

By: [signature]
Mark J. Ricciardi, Esq.
Allison L. Kheel, Esq.
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101

Attorneys for Defendant
Edgewater Gaming LLC

**IT IS SO ORDERED.**

[signature]
UNITED STATES DISTRICT COURT JUDGE
JAMES C. MAHAN

Dated: April 2, 2019

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DR., SUITE 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983